**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cr-00570-WLH |
| v. | **ORDER ON** |
| CLAIRE PATRICIA HAVILAND, et al., BRIANNE BREWER (8) | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☑ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: BRIANNE BREWER

Alias: _____

on _____ at _____ before Judge/Magistrate Judge _____
 *(Date of Appearance)*    (Time)

Dated: _____

**U.S. District Judge/U.S. Magistrate Judge**