E. MARTIN ESTRADA  
United States Attorney  
DAVID T. RYAN  
Assistant United States Attorney  
Chief, National Security Division  
REEMA M. EL-AMAMY (Cal. Bar No. 237743)  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA Plaintiff(s) v. CLAIRE PATRICIA HAVILAND, et al., BRIANNE BREWER (8) Defendant(s) | CASE NUMBER: CR 2:24-cr-00570-WLH CV **WRIT OF HABEAS CORPUS** ☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |
|---|---|

**WHEREAS** the attached application was granted by the Honorable _____ Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Warden of Los Angeles County Sheriff - Century Regional Detention Facility

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **BRIANNE BREWER** before the Honorable Wesley L. Hsu Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **9B**, located at 350 W 1st Street, Los Angeles, CA 90012-4565 on **November 25, 2024** at **9:00 a.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable _____ Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: _____

CLERK, U.S. DISTRICT COURT

By: _____  
Deputy Clerk

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)