# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cr-00570-WLH-8 |
| v.<br>CLAIRE PATRICIA HAVILAND, et al.,<br>BRIANNE BREWER (8) | **ORDER ON**<br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☑ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: BRIANNE BREWER

Alias: _____

on  11/25/2024  at  1:30 PM  before Duty Magistrate Judge  Margo A. Rocconi
    *(Date of Appearance)*    *(Time)*

Dated: 10/23/2024

Wesley L. Hsu, U.S. District Judge