E. MARTIN ESTRADA
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR 2:24-cr-00570-WLH-8 |
| v. | CV |
| CLAIRE PATRICIA HAVILAND, et al., BRIANNE BREWER (8) | **WRIT OF HABEAS CORPUS** |
| Defendant(s) | ☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable  WESLEY L. HSU  Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Warden of Los Angeles County Sheriff - Century Regional Detention Facility

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **BRIANNE BREWER** before the Honorable Margo A. Rocconi, Duty Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **690**, located at 255 E. Temple Street, Los Angeles, CA 90012-4565 on **November 25, 2024** at **1:30 p.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable _____ Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: 10/23/2024

CLERK, U.S. DISTRICT COURT

By: _Holidae Crawford_
       Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)