# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cr-00570-WLH |
| v. | |
| CLAIRE PATRICIA HAVILAND, et al., BRIANNE BREWER (8) | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: __BRIANNE BREWER__

Alias: _____

on __December 5, 2024__ at __1:30 p.m.__ before Judge/Magistrate Judge __Steve Kim, Magistrate Judge__

*(Date of Appearance)*     *(Time)*

Dated: 11/8/2024

Wesley L. Hsu, U.S. District Judge