E. MARTIN ESTRADA
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR 2:24-cr-00570-WLH |
| v. | CV |
| CLAIRE PATRICIA HAVILAND, et al., BRIANNE BREWER (8) | **WRIT OF HABEAS CORPUS** |
| Defendant(s) | ☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable _____ Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Warden of Los Angeles County Sheriff - Century Regional Detention Facility

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **BRIANNE BREWER** before the Honorable Steve Kim, Duty Magistrate Judge   Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **640**, located at 255 East Temple Street Los Angeles, CA 90012-3332 on **December 5, 2024** at **1:30 p.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable _____ Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: 11/8/2024

CLERK, U.S. DISTRICT COURT

By: _[signature]_
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**
G-09A (09/97)